UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<span>OBERT</span> L. W<span>HITE</span>,

    Plaintiff,

v.

C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,

    Defendant.
_____/

Case No. 20-cv-12608

U.S. District Court Judge
Gershwin A. Drain

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 18), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15), AND AFFIRMING COMMISSIONER OF SOCIAL SECURITY'S DECISION</u>**

On September 23, 2020, Plaintiff Robert L. White initiated this action against the Commissioner of Social Security to appeal the denial of his Supplemental Security Income benefits. ECF No. 1.  This matter is presently before the Court on Plaintiff's Motion for Summary Judgment (ECF No. 13), filed on May 5, 2021, and Defendant's Motion for Summary Judgment (ECF No. 15), filed on July 6, 2021. Neither party responded to their opponent's motion for summary judgment in the time allotted by E.D. Mich. LR 7.1(e)(2).

1

The Court referred the matter to Magistrate Judge Anthony P. Patti (ECF No. 3), who issued a Report and Recommendation on February 7, 2022, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 13) and grant Defendant's Motion for Summary Judgment (ECF No. 15). ECF No. 18. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing, the record, and the Magistrate Judge's Report and Recommendation, the Court determines that the Magistrate Judge reached the correct conclusion. Therefore, the Court will accept and adopt Magistrate Judge Patti's February 7, 2022 Report and Recommendation (ECF No. 18) as this Court's findings of fact and conclusions of law. The Court will thus deny Plaintiff's Motion for Summary Judgment (ECF No. 13) and grant Defendant's Motion for Summary Judgment (ECF No. 15).

Accordingly, **IT IS HEREBY ORDERED** that the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's February 7, 2022 Report and Recommendation (ECF No. 18) as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2022

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 3, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager